# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 22, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10530   SEC v. Stanford
                    USDC No. 3:09-CV-298

Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa V. Mattingly, Deputy Clerk
                            504-310-7719

Mr. Robin C. Gibbs
Mr. Scott Anthony Humphries
Ms. Ashley McKeand Kleber
Mr. Peter Daniel Morgenstern
Mr. Kevin M. Sadler
Mr. David John Schenck
Mr. Robert Allen Stanford