# United States Court of Appeals
# for the Fifth Circuit

───────────

No. 23-10530

───────────

SECURITIES AND EXCHANGE COMMISSION, *Et al.*,

    *Plaintiffs*,

*versus*

ROBERT ALLEN STANFORD,

    *Defendant—Appellant*,

*versus*

TRUSTMARK NATIONAL BANK,

    *Movant—Appellee*,

OFFICIAL STANFORD INVESTORS COMMITTEE; RALPH S. JANVEY, *in his capacity as Court-appointed Receiver for* STANFORD INTERNATIONAL BANK, LTD., *Et al.*,

    *Appellees*.

───────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CV-298

───────────────────────────

No. 23-10530

ORDER:

The Appellant's motion for stay of the mandate pending petition for writ of certiorari is DENIED.

*/s/ Stuart Kyle Duncan*

Stuart Kyle Duncan
*United States Circuit Judge*